AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilliam Jr., Haywood S. | U.S. District Court, Northern District of California | 07/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1301 Clay Street
Oakland, CA 94612

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Board President | Northern District of California Practice Program |
| 3. | Board of Governors Member | Association of Business Trial Lawyers Northern California Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | San Francisco Superior Court (salary) |
| 2. 2017 | Equal Justice Society (compensation for contract work) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | October 5-6, 2017 | San Diego, CA | Panelist: Judicial Perspectives in Managing Crisis Litigation | Transportation and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank cash accounts | A | Interest | L | T | | | | | |
| 2. Chase cash accounts | A | Interest | J | T | | | | | |
| 3. Security Benefit Life Total Value Annuity (fixed annuity) | A | Interest | L | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Pershing Prime Reserves MMF (Y) | | | | | | | | | |
| 6. Pershing Cash-Equivalent Account (Y) | | | | | | | | | |
| 7. Federated Treasury Obligations Capital MMF | A | Int./Div. | J | T | Sold (part) | 01/11/17 | K | | |
| 8. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 9. | | | | | Buy (add'l) | 01/13/17 | K | | |
| 10. | | | | | Sold (part) | 01/25/17 | J | | |
| 11. | | | | | Sold (part) | 02/21/17 | J | | |
| 12. | | | | | Sold (part) | 03/03/17 | J | | |
| 13. | | | | | Buy (add'l) | 03/23/17 | J | | |
| 14. | | | | | Sold (part) | 04/10/17 | J | | |
| 15. | | | | | Sold (part) | 04/11/17 | J | | |
| 16. | | | | | Sold (part) | 04/28/17 | J | | |
| 17. | | | | | Buy (add'l) | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/19/17 | J | | |
| 19. | | | | | Sold (part) | 06/21/17 | J | | |
| 20. | | | | | Sold (part) | 06/26/17 | J | | |
| 21. | | | | | Sold (part) | 07/10/17 | J | | |
| 22. | | | | | Sold (part) | 07/13/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 24. | | | | | Sold (part) | 08/14/17 | J | | |
| 25. | | | | | Sold (part) | 08/15/17 | J | | |
| 26. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 27. | | | | | Sold (part) | 09/29/17 | J | | |
| 28. | | | | | Sold (part) | 10/10/17 | J | | |
| 29. | | | | | Sold (part) | 12/22/17 | J | | |
| 30. | | | | | Buy (add'l) | 12/27/17 | J | | |
| 31. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 32. Steris PLC (STE) | A | Dividend | J | T | Buy | 06/14/17 | J | | |
| 33. Chubb Stock (CB) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 34. | | | | | Buy (add'l) | 12/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aarons Inc (AAN) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 36. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 37. Albemarle Corp (ALB) | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 38. Andeavor (ANDV) (formerly Tesoro Logistics (TLLP)) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 39. Ameriprise Financial (AMP) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 40. Antero Midstream Partners (AM) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 41. Automatic Data Processing Stock (ADP) | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 42. | | | | | Sold | 07/25/17 | J | B | |
| 43. Bank of the Ozarks Stock (OZRK) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | B | |
| 44. | | | | | Sold (part) | 02/02/17 | J | A | |
| 45. Becton Dickinson (BDX) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 46. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 47. Buckeye Partners (BPL) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 48. Canadian National Railway (CNI) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 49. | | | | | Sold (part) | 06/07/17 | J | A | |
| 50. Cardinal Health Stock (CAH) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 51. Casey's General Store Stock (CASY) | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 53. Church & Dwight Stock (CHD) | A | Dividend | | | Sold | 01/06/17 | J | B | |
| 54. Costco Wholesale (COST) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 55. | | | | | Buy (add'l) | 02/15/17 | J | | |
| 56. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 57. Ecolab Stock (ECL) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 58. EOG Resources Stock (EOG) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 59. EQT Midstream Partners (EQM) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 60. Enable Midstream Partners (ENBL) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 61. Energy Transfer Partners LP (ETP) | A | Dividend | | | Buy (add'l) | 01/06/17 | J | | |
| 62. | | | | | Sold (part) | 01/13/17 | J | | |
| 63. | | | | | Sold | 03/16/17 | J | | |
| 64. Energy Transfer Equity LP (ETE) (X) | | None | | | Sold | 01/06/17 | J | | |
| 65. Enterprise Products Partners LP (EPD) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 66. Factset Research Systems Stock (FDS) | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 67. | | | | | Sold | 02/02/17 | J | B | |
| 68. Flowers Foods Stock (FLO) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Dynamics (GD) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 70. Genesis Energy LP (GEL) | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 71. | | | | | Sold | 12/18/17 | J | | |
| 72. Hanover Ins Group (THG) | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 73. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 74. Harris Corporation Stock (HRS) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 75. Helmerich & Payne Inc (HP) | A | Dividend | | | Buy | 02/02/17 | J | | |
| 76. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 77. | | | | | Sold | 09/01/17 | J | | |
| 78. Henry Jack & Associates Stock (JKHY) | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 79. | | | | | Sold | 05/31/17 | J | B | |
| 80. Hormel Foods Stock (HRL) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 81. International Business Machines (IBM) | A | Dividend | J | T | Buy | 12/20/17 | J | | |
| 82. Illinois Tool Works (ITW) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 83. Magellan Midstream Partners LP Stock (MMP) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | D | |
| 84. Medtronic PLC (MDT) | | None | | | Buy | 12/19/17 | J | | |
| 85. | | | | | Sold | 12/21/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Microsoft Stock (MSFT) | A | Dividend | K | T | Sold (part) | 01/06/17 | J | A | |
| 87. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 88. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 89. Nike Stock (NKE) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 90. Novo Nordisk Stock (NVO) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 91. Parker Hannifin Corporation Stock (PH) | A | Dividend | J | T | | | | | |
| 92. Phillips 66 Partners (PSXP) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 93. Perrigo Stock (PRGO) | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 94. | | | | | Sold | 01/13/17 | J | | |
| 95. Plains All American Pipeline LP Stock (PAA) | A | Dividend | | | Sold | 01/06/17 | J | | |
| 96. Polaris Industries Stock (PII) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 97. | | | | | Sold (part) | 12/06/17 | J | B | |
| 98. Raytheon Company (RTN) | A | Dividend | J | T | Buy | 01/20/17 | J | | |
| 99. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 100. Rice Midstream Partners (RMP) | A | Dividend | | | Buy | 04/06/17 | J | | |
| 101. | | | | | Sold | 12/22/17 | J | | |
| 102. Roche Holdings Stock (RHHBY) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/14/17 | J | | |
| 104. Roper Industries Stock (ROP) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 105. | | | | | Sold (part) | 02/02/17 | J | A | |
| 106. Ross Stores Stock (ROST) | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 107. SEI Investments Stock (SEIC) | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 108. Sherwin Williams Stock (SHW) | A | Dividend | J | T | | | | | |
| 109. Shire PLC (SHPG) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 110. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 111. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 112. Spectra Energy LP (SEP) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 113. Suncor Energy (SU) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 114. Sunoco Logistics Partners LP (SXL) | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 115. | | | | | Sold | 03/16/17 | J | | |
| 116. T. Rowe Price Group Stock (TROW) | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 117. | | | | | Sold (part) | 02/28/17 | J | | |
| 118. | | | | | Sold | 07/13/17 | J | A | |
| 119. TJX Stock (TJX) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Tallgrass Energy Partners (TEP) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 121. Tallgrass Energy Group Cl A (TEGP) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 122. Tencent Holdings (TCEHY) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 123. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 124. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 125. Texas Instruments (TXN) | A | Dividend | K | T | Buy | 01/06/17 | J | | |
| 126. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 127. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 128. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 129. Union Pacific Corp (UNP) | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 130. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 131. United Technologies Corporation Stock (UTX) | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 132. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 133. Walmart Stores Inc. Stock (WMT) | A | Dividend | J | T | Buy (add'l) | 06/16/17 | J | | |
| 134. Western Gas Partners (WES) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 135. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 136. Western Gas Equity Partners (WGP) | A | Dividend | J | T | Buy | 01/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Williams Partners (WPZ) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 138. Xilinx Inc (XLNX) | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 139. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 140. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 141. Digital Realty Trust (DLR) | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 142. IRA # 2 (H) | | | | | | | | | |
| 143. Pershing Government Account MMF (Y) | | | | | | | | | |
| 144. Federated Treasury Obligations MNF (money market) | A | Distribution | J | T | Sold (part) | 01/11/17 | J | | |
| 145. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 146. | | | | | Sold (part) | 01/24/17 | J | | |
| 147. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 148. | | | | | Sold (part) | 02/17/17 | J | | |
| 149. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 150. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 151. | | | | | Sold (part) | 03/10/17 | J | | |
| 152. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 153. | | | | | Sold (part) | 04/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/12/17 | J | | |
| 155. | | | | | Buy (add'l) | 04/21/17 | J | | |
| 156. | | | | | Sold (part) | 04/25/17 | J | | |
| 157. | | | | | Sold (part) | 04/26/17 | J | | |
| 158. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 159. | | | | | Sold (part) | 05/05/17 | J | | |
| 160. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 161. | | | | | Sold (part) | 06/02/17 | J | | |
| 162. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 163. | | | | | Sold (part) | 06/19/17 | J | | |
| 164. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 165. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 166. | | | | | Sold (part) | 07/10/17 | J | | |
| 167. | | | | | Sold (part) | 07/28/17 | J | | |
| 168. | | | | | Sold (part) | 08/04/17 | J | | |
| 169. | | | | | Sold (part) | 08/11/17 | J | | |
| 170. | | | | | Buy (add'l) | 08/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 08/28/17 | J | | |
| 172. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 173. | | | | | Buy (add'l) | 10/01/17 | J | | |
| 174. | | | | | Sold (part) | 10/30/17 | J | | |
| 175. | | | | | Sold (part) | 11/02/17 | J | | |
| 176. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 177. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 178. | | | | | Sold (part) | 11/22/17 | J | | |
| 179. | | | | | Sold (part) | 11/30/17 | J | | |
| 180. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 181. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 182. | | | | | Sold (part) | 12/22/17 | J | | |
| 183. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 184. BlackRock Capital Investment Bonds (092533AB4) | A | Interest | | | Sold | 03/01/17 | J | A | |
| 185. M/I Homes Bonds (55292PAB1) | A | Interest | J | T | | | | | |
| 186. HCI Group Inc Bonds (40416EAB9) | A | Interest | J | T | Buy | 03/07/17 | J | | |
| 187. New Mtn Fin Corp Bonds (647551AB6) | A | Interest | J | T | Buy | 07/25/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Redwood Trust Convertible Notes (758075AB1) | A | Interest | | | Sold | 07/05/17 | J | A | |
| 189. Broadsoft Bonds (11133BAB8) | A | Interest | | | Sold | 10/04/17 | J | C | |
| 190. Chart Industries Bonds (16115QAC4) | A | Interest | | | Sold | 02/07/17 | J | | |
| 191. Blackstone Mortgage Trust Bonds (09257WAA8) | A | Interest | | | Sold | 04/27/17 | J | B | |
| 192. Apollo Commercial Real Estate Bonds (03762UAA3) | A | Interest | | | Sold | 08/16/17 | J | A | |
| 193. Ryland Group Bonds (783764AS2) | A | Interest | | | Sold | 09/18/17 | J | A | |
| 194. Renewable Energy Group Bonds (75972AAA1) | A | Interest | | | Sold | 12/22/17 | J | A | |
| 195. Huron Consulting Group Bonds (447462AB8) | A | Interest | J | T | | | | | |
| 196. ANI Pharmaceuticals Bonds (00182CAA1) | A | Interest | J | T | | | | | |
| 197. Forestar Group Bonds (346232AB7) | A | Interest | | | Sold | 04/05/17 | J | A | |
| 198. Rovi Corp Sr Nt Bonds (779376AD4) | A | Interest | J | T | Buy | 12/20/17 | J | | |
| 199. Echo Global Logistics Bonds (27875TAA9) | A | Interest | J | T | | | | | |
| 200. PennyMac Bonds (70932AAB9) | A | Interest | J | T | | | | | |
| 201. Calamp Corp. Bonds (128126AB5) | A | Interest | J | T | | | | | |
| 202. Wells Fargo Bonds (94986RQH7) | A | Dividend | | | Sold | 05/04/17 | J | A | |
| 203. Encore Capital Group Bonds (292554AF9) | A | Interest | | | Sold | 10/25/17 | J | B | |
| 204. Portfolio Recovery Associates Bonds (73640QAB1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Aceto Corp. Bonds (004446AD2) | A | Dividend | J | T | | | | | |
| 206. Arbor Realty Tr Inc Bonds (038923AB4) | A | Interest | J | T | Buy | 12/14/17 | J | | |
| 207. On Semiconductor Bonds (682189AK1) | A | Interest | J | T | | | | | |
| 208. TTM Technologies Bonds (87305RAD1) | A | Interest | J | T | Sold (part) | 02/27/17 | J | C | |
| 209. Colony Capital Bonds (19624RAB2) | A | Interest | J | T | | | | | |
| 210. Emergent Biosolutions Bonds (29089QAB1) | A | Interest | | | Sold | 11/16/17 | J | B | |
| 211. Barclays Bank PLC Synthetic Convertible Notes 06741jv893 (06741JV89) | | None | J | T | | | | | |
| 212. Inphi Corp Bonds (45772FAC1) | A | Interest | J | T | Buy | 10/26/17 | J | | |
| 213. Societe Generale Medium Term Notes (83368WXV8) | | None | J | T | | | | | |
| 214. New York Mtg Tr Inc Fxd Rt Conv Nts (649604AD7) | A | Interest | J | T | Buy | 01/19/17 | J | | |
| 215. Blackstone Mtg Trust Bonds (09257WAB6) | A | Interest | J | T | Buy | 05/02/17 | J | | |
| 216. Atlas Air Bonds (049164BH8) | A | Interest | J | T | | | | | |
| 217. Horizon Global Corp Bonds (44052WAA2) | A | Interest | J | T | Buy | 04/21/17 | J | | |
| 218. Apollo Commercial Real Estate Bonds (03762UAB1) | A | Interest | J | T | Buy | 08/16/17 | J | | |
| 219. Western Asset Mtg Cap Corp Bonds (95790DAA3) | A | Interest | J | T | Buy | 10/26/17 | J | | |
| 220. Integrated Device Tech Bonds (458118AC0) | A | Interest | J | T | Buy | 04/20/17 | J | | |
| 221. Theravance Inc Bonds (88338TAB0) | A | Interest | J | T | Buy | 11/28/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 222. Veeco Instrs Inc Bonds (922417AD2) | A | Interest | J | T | Buy | 08/23/17 | J | | |
| 223. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 224. Macquarie Infrastructure Corp Bonds (55608BAB1) | A | Interest | J | T | Buy | 11/20/17 | J | | |
| 225. Amtrust Finl Svcs Bonds (032359AG6) | A | Interest | J | T | Buy | 02/14/17 | J | | |
| 226. Impax Laboratories Bonds (45256BAE1) | A | Interest | | | Sold | 04/17/17 | J | | |
| 227. Finisar Corp. Bonds (31787AAM3) | A | Interest | J | T | Sold (part) | 12/13/17 | J | | |
| 228. Interdigital Bonds (458660AD9) | A | Interest | | | Sold | 01/13/17 | J | B | |
| 229. Prospect Cap Corp Bonds (74348TAR3) | A | Interest | | | Buy | 04/07/17 | J | | |
| 230. | | | | | Sold | 11/09/17 | J | | |
| 231. Nuance Comm Inc Bonds (67020YAK6) | A | Interest | | | Buy | 08/01/17 | J | | |
| 232. | | | | | Sold | 08/16/17 | J | | |
| 233. Cowen Inc Bonds (223622AB7) | A | Interest | | | Buy | 10/31/17 | J | | |
| 234. | | | | | Sold | 12/12/17 | J | | |
| 235. IRA # 3 (H) | | | | | | | | | |
| 236. Pershing Government Account MMF (Y) | | | | | | | | | |
| 237. Federated Treasury Obligations Capital MMF | A | Interest | J | T | Sold (part) | 01/26/17 | J | | |
| 238. | | | | | Buy (add'l) | 02/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 02/21/17 | J | | |
| 240. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 241. | | | | | Sold (part) | 05/22/17 | J | | |
| 242. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 243. | | | | | Sold (part) | 07/05/17 | J | | |
| 244. Barclays Bloomberg Commodity Index (DJP) | | None | J | T | Buy | 11/28/17 | J | | |
| 245. Delaware Small Cap Core Fund (DCCIX) | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 246. Calamos Global Convertible Fund Class I (CXGCX) | A | Interest | | | Sold | 02/03/17 | J | A | |
| 247. Deutsche Enhanced Commodity Strategy Fund (SKSRX) | A | Dividend | | | Sold | 11/28/17 | J | A | |
| 248. Deutsche X-Trackers MSCI EAFE Equity ETF (DBEF) | A | Dividend | J | T | Buy (add'l) | 03/22/17 | J | | |
| 249. | | | | | Sold (part) | 09/26/17 | J | A | |
| 250. DBX X-Trackers High Yield Corp BF (HYLB) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 251. Edgewood Growth Fund Institutional Fund (EGFIX) | A | Dividend | J | T | Sold (part) | 11/28/17 | J | A | |
| 252. Eaton Vance Floating Rate Fund (EIBLX) | A | Dividend | J | T | | | | | |
| 253. Eaton Vance Global Macro Abs Ret (EGRIX) | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 254. Federated Strategic Value Dividend Fund (SVAIX) | A | Dividend | J | T | | | | | |
| 255. iShares TR iBoxx USD Investment Grade Corporate Bond ETF (LQD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. iShares Barclays 20+ Yr Treas Bd (TLT) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 257. iShares TR Barclays 7-10 Year Treasury Bond ETF (IEF) | A | Dividend | J | T | Sold (part) | 06/26/17 | J | A | |
| 258. iShares TR 1-3 Year Treasury Bond ETF (SHY) | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 259. iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | J | T | Sold (part) | 03/22/17 | J | A | |
| 260. iShares TR Core MSCI EAFE (IEFA) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 261. iShares TR MSCI EAFE Minimum Volatility ETF (EFAV) | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 262. iShares TR MBS ETF (MBB) | A | Dividend | | | Sold | 11/28/17 | J | | |
| 263. John Hancock Disciplined Value Fund Class A (JVLAX) | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 264. | | | | | Sold (part) | 05/17/17 | J | A | |
| 265. John Hancock Global Absolute Return Strategies Class A (JHAAX) | | None | | | Sold | 02/03/17 | J | | |
| 266. Neuberger Berman Long Short Fund Institutional Class (NLSIX) | A | Dividend | J | T | | | | | |
| 267. Oppenheimer International Growth Fund (OIGYX) | A | Dividend | J | T | | | | | |
| 268. Oppenheimer Developing Markets Fund (ODVYX) | A | Dividend | J | T | Sold (part) | 11/28/17 | J | A | |
| 269. Oppenheimer Steelpath MLP Select 40 (MLPTX) | A | Dividend | | | Buy | 01/25/17 | J | | |
| 270. | | | | | Sold | 06/29/17 | J | | |
| 271. Pimco Short Asset Inv Fd Inst Cl (PAIDX) | A | Dividend | | | Buy | 03/08/17 | J | | |
| 272. | | | | | Sold | 10/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. PowerShares DWA Momentum Portfolio ETF (PDP) | A | Dividend | J | T | | | | | |
| 274. PowerShares S&P 500 Low Volatility Portfolio ETF (SPLV) | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 275. Prudential High Yield Fund Inc. (PHYZX) | A | Dividend | | | Sold | 11/28/17 | J | A | |
| 276. SPDR Technology Select Sector ETF (XLK) | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 277. SPDR Health Care Select Sector ETF (XLV) | A | Dividend | | | Sold | 01/05/17 | J | A | |
| 278. SPDR Real Estate Select Sector ETF (XLRE) (Y) | | | | | | | | | |
| 279. Templeton Global Bond Advantage Fund (TGABX) | A | Dividend | J | T | | | | | |
| 280. Vanguard Bond Index Short Term Bd (BSV) | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 281. Vanguard Malvern Short-Term Inflation Protected Securities ETF (VTIP) | A | Dividend | J | T | Buy (add'l) | 11/28/17 | J | | |
| 282. Vanguard Intl Equity Index FTSE Europe (VGK) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 283. Vanguard Intl Equity Index FTSE Pacific (VPL) | A | Dividend | | | Buy | 02/03/17 | J | | |
| 284. | | | | | Sold | 04/20/17 | J | A | |
| 285. Vanguard Mtg Backed Secs (VMBS) | A | Dividend | J | T | Buy | 11/28/17 | J | | |
| 286. Vanguard Index Funds Vanguard REIT (VNQ) | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 287. Vanguard Index Funds Vanguard Total Stk Mkt (VTI) | A | Dividend | J | T | Buy | 06/29/17 | J | | |
| 288. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 289. Vivaldi Multi Strategy Fund Cl I (OMOIX) | | None | | | Buy | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold | 11/28/17 | J | A | |
| 291. Wisdomtree Japan Hedged Equity (DXJ) | A | Dividend | | | Buy | 04/20/17 | J | | |
| 292. | | | | | Sold | 11/28/17 | J | A | |
| 293. Brokerage Account #1 (H) | | | | | | | | | |
| 294. Gamco Global Gold, Natural Resources and Income Trust (GGN) | A | Dividend | J | T | | | | | |
| 295. Tier REIT I (TIER) | A | Dividend | J | T | | | | | |
| 296. COLLEGE 529 #1 (H) | | | | | | | | | |
| 297. American Funds College 2018 Fund -- 529 (CNEAX) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilliam Jr., Haywood S. | 07/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 contained no reportable assets at any time during 2017, therefore it was removed in its entirety from Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Haywood S. Gilliam Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544